MENTOR LUMBER AND SUPPLY COMPANY, APPELLANT, *v.* VICTOR,
D.B.A. JOHNNYCAKE HOMES; VICTOR, APPELLEE.

[Cite as *Mentor Lumber & Supply Co. v.
Victor* (1993), 67 Ohio St.3d 1202.]

(No. 92–1065—Submitted May 19, 1993—Decided July 28, 1993.)

---

*Dworken & Bernstein Co., L.P.A.,* and *Patrick J. Perotti,* for appellant.
*Cannon, Stern, Aveni & Loiacono Co., L.P.A.,* and *Timothy P. Cannon,* for
appellee Ralph Victor.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

A.W. SWEENEY, DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

MOYER, C.J., and WRIGHT, J., dissent.

PFEIFER, J., dissents and would affirm.